UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| S & K MANUFACTURING, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:07CV02024 AGF |
| ) | |
| HOFFMAN INTERNATIONAL, LLC, et al, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Defendants Andrew Jasinski and Lidia Jasinski, having entered their appearances, pro se,

**IT IS HEREBY ORDERED** that the Motion of Greensfelder and Hemker, PC, et al, to withdraw as counsel for defendants [Doc. #8], shall be granted as to the individual defendants only. The Court shall withhold ruling on the motion to withdraw with respect to defendant Hoffman International, LLC (hereinafter "Hoffman") at this time.

**IT IS FURTHER ORDERED** that the motion of defendants for additional time to acquire new counsel for Defendant Hoffman [Doc. #16] is granted in part and denied in part. Defendant Hoffman shall have thirty (30) additional days, to and including February 13, 2008, to obtain new counsel. Defendant Hoffman shall also have until February 13, 2008 to file an answer or otherwise respond to the complaint.

**IT IS FURTHER ORDERED** that the hearing scheduled for January 22, 2008 shall remain as scheduled. The individual defendants may appear by telephone.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 15th day of January, 2008.