UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION


S & K MANUFACTURING, INC.,            )
                                      )
          Plaintiff,                  )
                                      )
     vs.                              )     Case No.  4:07CV02024 AGF
                                      )
HOFFMAN INTERNATIONAL, LLC, et al.,)
                                      )
          Defendants.                 )

## ORDER DENYING TEMPORARY PRO SE REPRESENTATION
## OF CORPORATION

This matter is before the Court on the motion of pro se Defendant Andrew Jasinski for an order granting him the ability temporarily to represent Defendant Hoffman International, LLC ("Hoffman"), a corporate entity [Doc. #24], filed on February 4, 2008. Pro se Defendant Lidia Jasinski has filed a notice stating that she has no opposition to such pro se representation of the corporation. [Doc. #24-2].

This Court has now repeatedly advised the individual pro se Defendants, both in written orders and at the recent status conference, that the individual Defendants cannot represent Hoffman in federal court, and that an attorney must be obtained to do so.  "It is settled law that a corporation may be represented only by licensed counsel."  Carr Enterprises, Inc. v. United States, 698 F.2d  952, 953 (8th Cir. 1983); 28 U.S.C. § 1654. Thus, the individual pro se Defendants simply may not represent Hoffman, a corporate entity, temporarily or otherwise.  Nor will the Court accept any pleadings filed by the individual Defendants on behalf of the Corporation.  See E.D.Mo.L.R. 12.01(A).

Defendant Hoffman International, LLC is reminded of this Court's Order dated January 15, 2008, in which Defendants were granted additional time, to and including February 13, 2008, to obtain new counsel to represent the corporation and to file an answer or otherwise respond to the complaint. [Doc. #19]. Failure to do so could result in the entry of a default judgment against Defendant Hoffman. See United States v. High Country Broadcasting Co, 3 F.3d 1244, 1245 (9th Cir. 1993) (holding entry of default judgment against corporation appropriate where president and sole shareholder of corporation, who was not a licensed attorney, was attempting to represent the corporation, and court had ordered corporation to retain counsel).

Accordingly,

**IT IS HEREBY ORDERED** that the Motion of Defendant Andrew Jasinski for an order granting him the ability temporarily to represent Defendant Hoffman International, LLC [Doc. #24] is **DENIED**.

**IT IS FURTHER ORDERED** that the motion to dismiss filed by Defendant Andrew Jasinski on behalf of Defendant Hoffman International, LLC [Doc. # 25], is **DENIED**, without prejudice. As Defendant Jasinski is not authorized to represent the corporate entity, the Clerk of Court is directed to return said motion to Mr. Jasinski, maintaining a copy in the court file for informational purposes only.

AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 8th day of February, 2008.