UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| S & K MANUFACTURING, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:07CV02024 AGF |
| ) | |
| HOFFMAN INTERNATIONAL, LLC, et al, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This matter is before the Court on the Request for Telephonic Appearance filed by the pro se defendants. The Court advises the defendants that there is no court hearing scheduled for February 13, 2008. February 13, 2008 is simply the deadline for the corporate defendant, Hoffman International, LLC, to obtain new counsel and file its Answer or other responsive pleading. Accordingly,

**IT IS HEREBY ORDERED** that the Request for Telephonic Appearance [Doc #29] is Denied. To assure notice of this Order in time, the Clerk of Court is directed to call the movants and advise them of this Order.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 11th day of February, 2008.